UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FRANCIS HENRY RUGGIERO,                  :
         Plaintiff,                                      :
                                                                         :
v.                                                                    :     **ORDER**
                                                                         :
SERGEANT K. LYONS, DR. SALWA KHOURI, :     19 CV 3632 (VB)
and HEALTH SERVICE ADMINISTRATOR    :
IBELLIS DIAZ,                                           :
         Defendants.                                 :
--------------------------------------------------------------x

    This case is scheduled for an initial conference on October 14, 2020, at 9:30 a.m., to proceed by telephone.  (See Doc. #77).

    By October 12, 2020, at 5:00 p.m., the parties shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 29, 2020
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge